■ Kuni Chen, Appellant, v Donald R. Daly et al., Respondents. [52 NYS3d 222]—

Order, Supreme Court, New York County (Cynthia S. Kern, J.), entered on or about January 19, 2016, which granted defendants' motion to dismiss the complaint and denied plaintiff's cross motion for partial summary judgment, unanimously affirmed, without costs.

We affirm the dismissal of the complaint, albeit on different grounds than the motion court cited. Plaintiff failed to allege that defendants' purportedly negligent and fraudulent real estate appraisal, used for the purposes of settling a divorce action, caused him to overpay to buy out his property (*see e.g. Laub v Faessel*, 297 AD2d 28, 30-31 [1st Dept 2002]).

Despite his objections to the appraisal, plaintiff utilized it in acceding to the appraisal's valuation in a stipulation to settle the divorce action. Concur—Sweeny, J.P., Renwick, Andrias, Feinman and Gesmer, JJ.